# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MARY EVELYN SENECAL,

    Plaintiff,

v.                                       CASE NO. 4:19cv413-RH-MJF

MOTEL 6 EMPLOYEES AND OWNERS,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 9. No objections have been filed.

The recommendation is for dismissal of the case based on failure to pay the filing fee and failure to comply with court orders. Those are adequate grounds for dismissal. This order accepts the report and recommendation and dismisses the case on these grounds.

It bears noting, too, that the complaint fails to state a claim within a federal court's jurisdiction on which relief could be granted—or at least, that considerable

imagination would be required to construe the complaint to state a claim within federal jurisdiction on which relief could be granted.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on December 23, 2019.

s/Robert L. Hinkle
United States District Judge
